ATTORNEY'S NAME: Alvendia, Roderick  25554
AND ADDRESS:
        New Orleans  LA 70112

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO:  2014 -- 04057   2   DIVISION: " M "   SECTION: 13

HIATT, ASHLEY ET AL versus HILTON RIVERSIDE,LLC

## CITATION

TO: HILTON NEW ORLEANS, LLC.
THROUGH: ITS AGENT FOR SERVICE: CORPORATION SERVICE COMPANY
320 SOMERULOS ST.

BATON ROUGE   LA   70802-6129

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561-8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA    April 24, 2014    .

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
        Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On HILTON NEW ORLEANS, LLC. | On HILTON NEW ORLEANS, LLC. |
| THROUGH: ITS AGENT FOR SERVICE: CORPORATION SERVICE COMPANY | THROUGH: ITS AGENT FOR SERVICE: CORPORATION SERVICE COMPANY by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ HILTON NEW ORLEANS, LLC. |
| Returned same day  No. _____ Deputy Sheriff of _____ Mileage: $ _____ | being absent from the domicile at time of said service. Returned same day  No. _____ Deputy Sheriff of _____ |

_____ / ENTERED / _____
PAPER              RETURN
_____ / _____ / _____
SERIAL NO.  DEPUTY  PARISH



ATTORNEY'S NAME: Alvendia, Roderick 25554
AND ADDRESS:
New Orleans LA 70112

## CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO: 2014 -- 04057   1   DIVISION: " M "   SECTION: 13

HIATT, ASHLEY ET AL versus HILTON RIVERSIDE, LLC

## CITATION

TO: HILTON RIVERSIDE, LLC D/B/A HILTON NEW ORLEANS RIVERSIDE
THROUGH: ITS AGENT FOR SERVICE: CORPORATION SERVICE COMPANY
320 SOMERULOS ST.

BATON ROUGE           LA   70802-6129

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the petition
FOR DAMAGES

a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

### ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 504-561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp. You may call them at 800-624-4771 or 504-525-4431.

*********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE*********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   April 24, 2014   .

Clerk's Office, Room 402, Civil Courts
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans,
State of LA
by _____
          Deputy Clerk

### SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ _____ served a copy of the w/i petition FOR DAMAGES |
| On HILTON RIVERSIDE, LLC D/B/A HILTON NEW ORLEANS RIVERSIDE | On HILTON RIVERSIDE, LLC D/B/A HILTON NEW ORLEANS RIVERSIDE |
| THROUGH: ITS AGENT FOR SERVICE: CORPORATION SERVICE COMPANY | THROUGH: ITS AGENT FOR SERVICE: CORPORATION SERVICE COMPANY |
| | by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ HILTON RIVERSIDE, LLC D/B/A HILTON NEW ORLEANS RIVERSIDE |
| Returned same day No. _____ Deputy Sheriff of _____ Mileage: $ _____ | being absent from the domicile at time of said service. Returned same day No. _____ Deputy Sheriff of _____ |
| _____/ ENTERED /_____ PAPER        RETURN _____/_____/_____ SERIAL NO.  DEPUTY  PARISH | |

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 2014-4057                                         DIVISION." "

M-13

ASHLEY HIATT AND JASON HIATT

VERSUS

HILTON RIVERSIDE, LLC D/B/A HILTON NEW ORLEANS RIVERSIDE, HILTON NEW ORLEANS, LLC AND ABC INSURANCE COMPANY

FILED: _____     _____
                                        DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of **ASHLEY HIATT AND JASON HIATT**, persons of the full age of majority and resident of the State of Texas, with respect represents:

1.

Made defendants herein are:

**HILTON RIVERSIDE, LLC D/B/A HILTON NEW ORLEANS RIVERSIDE**, a corporation authorized to do and doing business in the State of Louisiana;

**HILTON NEW ORLEANS, LLC**, a corporation authorized to do and doing business in the State of Louisiana; and

**ABC INSURANCE COMPANY**, believed to be a foreign/domestic insurance company authorized to do and doing business in this Parish and State.

2.

Defendants herein are jointly and in solido liable and indebted unto petitioner for such damages as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, medical expenses, loss of earnings, future loss of earning capacity, and permanent disability to the body, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings, for the following to-wit:

3.

On August 12, 2013 petitioner, **ASHLEY HIATT**, was a guest at the property owned and operated by Defendants, **HILTON RIVERSIDE, LLC D/B/A HILTON NEW ORLEANS RIVERSIDE and/or HILTON NEW ORLEANS, LLC**, located at 2 Poydras Street, New

Orleans, LA, when suddenly and without warning **ASHLEY HIATT** fell in her guest room's bathroom, sustaining severe and disabling injuries, due to an unreasonably dangerous condition present in the bathroom within her hotel room.

4.

Petitioner was not at fault in the accident mentioned herein. Their injuries were caused solely by the fault and negligence of the Defendants, **HILTON RIVERSIDE, LLC D/B/A HILTON NEW ORLEANS RIVERSIDE and/or HILTON NEW ORLEANS, LLC** and its agents and employees in the following particulars:

- a) Failing to provide proper maintenance and keep their premises in a safe condition for their customers;
- b) Failure to make or take timely inspection of the area in question;
- c) Filing to properly train and/or supervise their employees as to methods of maintenance, repair, and inspection to insure safe passage for their customers and prevent this type of accident from happening;
- d) Defendants knew or should have known of the unsafe condition of the area in question;
- e) Failure to remedy an unsafe and/or hazardous condition;
- f) Allowing a dangerous condition to exist for an unreasonable length of time in the area of question;
- g) In failing to have kept the area clean and in proper working condition;

That no action or inaction on the part of the petitioner caused or contributed to the happening of the incident aforesaid.

5.

As a further and consequence of the negligence of the defendants as aforesaid, **JASON HIATT, HUSBAND OF ASHLEY HIATT,** was caused to lose the society, services and consortium of her husband and will be caused to lose his society, services and consortium in the future.

6.

As a result of the above referenced accident and negligence of the defendants, **ASHLEY HIATT** suffered severe and disabling injuries and asserts to the Court that the damages exceeds this Court's jurisdiction over $50,000.00, but which needs to be determined by this Court at the trial in the following particulars:

- a) Physical pain and suffering;
- b) Mental anguish and emotional distress;
- c) Loss of enjoyment of life;

d)   Mental expenses, past and future;

e)   Past, present, and future loss of wages;

f)   Future loss of earning capacity; and

g)   Permanent disability.

7.

**HILTON RIVERSIDE, LLC D/B/A HILTON NEW ORLEANS RIVERSIDE and/or HILTON NEW ORLEANS, LLC** are vicariously liable under respondeat superior, for the actions and/or inactions of their employees and as such **HILTON RIVERSIDE, LLC D/B/A HILTON NEW ORLEANS RIVERSIDE and/or HILTON NEW ORLEANS, LLC** are liable unto petitioner along with other named defendants.

8.

As a result of the above referenced accident and negligence of the Defendants, **ASHLEY HIATT** suffered severe and disabling injuries and are entitled to recover such damages as are reasonable.

9.

Upon information and belief, it is alleged that at all times material hereto, **ABC INSURANCE COMPANY** provided a policy of liability insurance to **HILTON RIVERSIDE, LLC D/B/A HILTON NEW ORLEANS RIVERSIDE and/or HILTON NEW ORLEANS, LLC** on the date of this accident, which said policy provided coverage for the type of loss sued upon herein, thus rendering the said defendants, **ABC INSURANCE COMPANY**, liable in solido unto petitioner with the other named defendants.

**WHEREFORE**, Petitioner prays that Defendants be duly cited and served with a copy of this petition and, after all due proceedings are had, there be a judgment in favor of petitioner and against the defendants **HILTON RIVERSIDE, LLC D/B/A HILTON NEW ORLEANS RIVERSIDE, HILTON NEW ORLEANS, LLC AND ABC INSURANCE COMPANY**, jointly and in solido in amounts as are reasonable in the premises, including past physical pain and suffering, future physical pain and suffering, past mental pain and suffering, future mental pain and suffering, property damage, medical expenses, loss of past earnings, loss of future earning capacity, permanent disability of the body, loss of consortium and penalties and attorney's fees, together with legal interest thereon from date of judicial demand, until paid, and for all costs of these proceedings.

Petitioners further pray for all general and equitable relief.

Respectfully submitted,

*Law Office of Alvendia, Kelly & Demarest, LLC*

_____
**RODERICK ALVENDIA (#25554)**
**J. BART KELLY, III (#24488)**
**JEANNE K. DEMAREST (#23032)**
909 Poydras Street, Suite 1625
New Orleans, La. 70112
Telephone: (504) 482-5811
Facsimile: (504) 200-0001

*ATTORNEYS FOR PLAINTIFFS*

**PLEASE SERVE:**

**HILTON RIVERSIDE, LLC D/B/A HILTON NEW ORLEANS RIVERSIDE**
Through its agent for service
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

**HILTON NEW ORLEANS, LLC**
Through its agent for service
Corporation Service Company
320 Somerulos St.
Baton Rouge, LA 70802-6129

**ABC INSURANCE COMPANY** *(Withhold Service)*